Glenn H. Schlabs (NV Bar No. 005124)
SHERMAN & HOWARD L.L.C.
50 West Liberty Street, Suite 1000
Reno, Nevada 89501-1967
Telephone: 775-323-1980
Facsimile: 775-323-2339
E-mail: gschlabs@shermanhoward.com

Mark D. Temple
Texas Bar No. 00794727
mtemple@reedsmith.com
Peter J. Stuhldreher
Texas Bar No. 24056393
pstuhldreher@reedsmith.com
REED SMITH LLP
811 Main Street, Suite 1700
Houston, Texas 77002-6110
Telephone: 713-469-3800
Facsimile: (713) 469-3899

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL JUDD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SYSCO LAS VEGAS, INC.; SYSCO CORPORATION; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>　　　　Defendants. | Case No. 2:15-cv-00055-LDG-CWH<br><br>**UNOPPOSED MOTION OF LOCAL COUNSEL FOR DEFENDANTS, GLENN H. SCHLABS, FOR EXCUSAL FROM ATTENDANCE AT EARLY NEUTRAL EVALUATION SESSION** |

Pursuant to the January 13, 2015 Order of Magistrate Judge Ferenbach [Docket No. 8], this matter is scheduled for Early Neutral Evaluation Session on March 20, 2015 at 10:00 a.m. in Las Vegas Chambers before Magistrate Judge Cam Ferenbach.

In accordance with LR 16-6(e), local counsel for Defendants, Glenn H. Schlabs respectfully requests leave to be excused from attendance at the Early Neutral Evaluation, and in support of this Motion, states the following:

– 1 –

SPRINGS/1467566.1

1. Local counsel for Defendants, Glenn Schlabs, is not lead counsel and will not be trying this case.

2. Counsel for Defendants, Mark Temple and/or Peter Stuhdreher of Reed Smith LLP, will be traveling from Houston, Texas, and will be in attendance on March 20, 2015 for the Early Neutral Evaluation Session ("Session").

3. It would cause unnecessary expense to Defendants for attorney Glenn Schlabs to travel from Colorado Springs to the Session. Also, the presence of an additional lawyer to appear on behalf of Defendants at the Early Neutral Evaluation Session would not aid the efforts of the Honorable Magistrate Judge.

4. Furthermore, Local Counsel Schlabs has a conflict on the night of March 19, 2015, that would for all practical purposes prevent his traveling to Las Vegas in time for the Session on the morning of March 20th. Mr. Schlabs will be appearing in The Ben S. Wendelken Inn of Court's production of "Adam's Rib", on the night of March 19th. The production has been long-scheduled and cannot be rescheduled.

5. Counsel for Defendants, Glenn Schlabs, communicated with counsel for Plaintiff, Christian Gabroy, on March 5, 2015, and Mr. Gabroy has no objection to this Motion.

WHEREFORE, counsel for Defendants Glenn H. Schlabs requests an Order of this Court excusing him from attendance at the Early Neutral Evaluation Session on March 20, 2015.

Respectfully submitted this 5th day of March,

By   */s/ Glenn H. Schlabs*
    Glenn H. Schlabs, Esq.
    Attorney for Defendants

– 2 –

SPRINGS/1467566.1

**CERTIFICATE OF SERVICE**

  I certify that a true and correct copy of the foregoing instrument was served via ECF on the following counsel of record on this 5th day of March, 2015:

    Christian Gabroy
    Ivy Hensel
    Gabroy Law Offices
    The District at Green Valley Ranch
    170 South Green Valley Parkway, Suite 280
    Henderson, Nevada  89012

      */s/ Glenn H. Schlabs*
      Glenn H. Schlabs

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 3-6-2015

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 3 –

SPRINGS/1467566.1