1  Glenn H. Schlabs (NV Bar No. 005124)
   SHERMAN & HOWARD L.L.C.
2  50 West Liberty Street, Suite 1000
   Reno, Nevada 89501-1967
3  Telephone: 775-323-1980
   Facsimile: 775-323-2339
4  E-mail: gschlabs@shermanhoward.com

5  * Additional counsel listed on signature page

6  Attorneys for Defendants

7  Christian Gabroy (NV Bar No. 8805)
   Ivy Hensel (NV Bar No. 13502)
8  Gabroy Law Offices
   The District at Green Valley Ranch
9  170 South Green Valley Pkwy, Suite 280
   Henderson, Nevada 89012
10 Telephone: 702-259-7777
   Facsimile: 702-259-7704

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| DANIEL JUDD, | |
|---|---|
| Plaintiff, | Case No. 2:15-cv-00055-LDG-CWH |
| vs. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| SYSCO LAS VEGAS, INC.; SYSCO CORPORATION; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive, | |
| Defendants. | |

Plaintiff Daniel Judd ("Judd" or "Plaintiff"), by and through his attorneys of record, and Defendants Sysco USA I, Inc. d/b/a Sysco Las Vegas ("Sysco Las Vegas"), incorrectly identified as Sysco Las Vegas, Inc.,[1] and Sysco Corporation ("Sysco") (collectively "Defendants"), by and through their attorneys of record, file this Stipulation and Order of Dismissal with Prejudice.

---

[1] The correct name of the entity that employed Plaintiff Daniel Judd is Sysco USA I, Inc. d/b/a/ Sysco Las Vegas.

– 1 –

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

All matters and things in controversy herein between Plaintiff and Defendants have been resolved. As part of the resolution, Plaintiff stipulates and agrees to dismiss all of Plaintiff's claims and causes of action against Defendants with prejudice to the re-filing of same. Plaintiff and Defendant further stipulate and agree that all costs of court, including attorney's fees, shall be taxed against the party incurring same.

DATED:  April 17, 2015                                        Respectfully submitted,

By    /s/ Christian Gabroy                                 By   /s/ Glenn H. Schlabs
    Christian Gabroy (NV Bar No. 8805)            Glenn H. Schlabs (NV Bar No. 005124)
    Ivy Hensel (NV Bar No. 13502)                       SHERMAN & HOWARD L.L.C
    Gabroy Law Offices                                         50 West Liberty Street, Suite 1000
    The District at Green Valley Ranch                Reno, Nevada  89501-1967
    170 South Green Valley Parkway, Suite         Telephone: 775-323-1980
    280                                                                    Facsimile: 775-3232339
    Henderson, Nevada  89012                            E-mail: gschlabs@shermanhoward.com
    Telephone: 702-259-7777
    Facsimile: 702-259-7704                                 Mark D. Temple*
                                                                                Texas Bar No. 00794727
    Attorneys for Plaintiff                                         mtemple@reedsmith.com
                                                                                Peter J. Stuhldreher*
                                                                                Texas Bar No. 24056393
                                                                                pstuhldreher@reedsmith.com
                                                                                REED SMITH LLP
                                                                                811 Main Street, Suite 1700
                                                                                Houston, Texas 77002-6110
                                                                                Telephone: 713-469-3800
                                                                                Facsimile: 713-469-3899

                                                                                *Admitted Pro Hac Vice

                                                                                Attorneys for Defendants

                                                                                **IT IS SO ORDERED:**
                                                                                _____
                                                                                THE HONORABLE LLOYD D. GEORGE
                                                                                UNITED STATES DISTRICT JUDGE

                                                                                DATED:  20 April 2015                        .

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –